E-FILED
Wednesday, 11 March, 2015  02:18:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Charles Linzy
_____
_____
(Name of the plaintiff or plaintiffs)

v.

University of Illinois
Dining Services
_____
(Name of the defendant or defendants)

CIVIL ACTION

NO. 15-2054

FILED
MAR 11 2015
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☒ DOES ☐ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is Charles Linzy, whose street address is 1002 Pomona Dr,
(city) Champaign (state) IL (ZIP) 61822
(Plaintiff's telephone number) (217)-607-3629

3. The defendant is University of Illinois Dining Services, whose street address is 601 east John Street, B
(city) Champaign (state) IL (ZIP) 61820
(Defendant's telephone number) (217)-333-0885

4. The alleged discrimination occurred at P.a.R. Dining hall
(city) Urbana (state) IL (ZIP) 61801

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) April, (day) 06, (year) 2014.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☑ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☑ Other (list): Retaliation for Reporting a Supervisor for assault

8. Plaintiff ☑ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☐ HAS ☑ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☑ HAS ☐ HAS NOT received a Right to Sue Notice.  If yes, Plaintiff's Right to Sue Notice was received on or about (date) __12/16/14__.

   [Attach copy of Notice of Right to Sue to this complaint.]

   ### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

    (a) ☐    by failing to hire the plaintiff.

    (b) ☐    by terminating the plaintiff's employment.

    (c) ☐    by failing to promote the plaintiff.

    (d) ☐    by failing to stop harassment;

    (e) ☐    by failing to reasonably accommodate the plaintiff's disabilities.

    (f) ☐    by failing to reasonably accommodate the plaintiff's religion.

    (g) ☑    by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

    (h) ☐    by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

    (i) ☐    with respect to the compensation, terms, conditions, or privileges of employment;

    (j) ☐    other (specify):_____

    _____
    _____
    _____
    _____

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

April, 3, 2014 Steve The Supervisor Kept bothering me by Interupting me having Conversations with fellow employees. I ignored him and Continued my work. He Then kept following me and watching me, I Then stepped out The dishroom for a quick breather. I noticed Him walking Towards me So i moved asside and he still bumped me. April 6 2014 He bumped me hard again, and This Time He started Raising Hi Voice after I Told him he was excused. I Told The Unit Manager who did nothing about it when He found out it was His friend. I reported my situation To Seniority and wrote my Report Turned it in The following week and was fired on The spot.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☑ Direct the defendant to hire the plaintiff.

(b) ☑ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑ Direct the defendant to (specify): Compensate for lost Time, and stress

and for The unemployement That I was fought and lost because of false allegations.

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

_Charles Linzy_
(Plaintiff's signature)

_Charles Linzy_
(Plaintiff's name)

_1002 Pomona Dr._
(Plaintiff's street address)

(City) _Champaign_   (State) _IL_   (ZIP) _61822_

(Plaintiff's telephone number) _(217) - 607 - 3629_

Date: _Feburary 25 2015_